KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com
dsavage@wsgr.com

*Attorneys for Defendants*
*and Nominal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPOATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:24-cv-00247-RFL<br><br>(Consolidated with Case No. 3:24-cv-00302-RFL) |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CASE SCHEDULE AND TEMPORARY STAY OF ACTION** |

Plaintiffs Jianping Ma and Ashley Beall (collectively, "Plaintiffs"), individual defendants Peter Faricy, Guthrie Dundas, Elizabeth Eby, Nathaniel Anschuetz, Jonathan Bram, Jonathan Fieldsend, Vinayak Hegde, Steven Louden, Thomas McDaniel, Nathalie Portes-Laville, Vincent Stoquart, and Audrey Zibelman (the "Individual Defendants"), and nominal defendant SunPower Corporation ("SunPower," and together with the Individual Defendants, the "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed separate shareholder derivative actions on behalf of SunPower and against certain Individual Defendants in this Court on January 12 and 18, 2024;

WHEREAS, Plaintiffs and Defendants (together, the "Parties") stipulated to the consolidation of Plaintiffs' derivative actions (the "Consolidated Action") and the appointment of lead counsel, which was approved and entered by the Court on February 22, 2024 (the "Consolidation Order");

WHEREAS, the Consolidation Order provides, among other things, that the Parties shall file a joint proposed schedule for the filing of the Consolidated Amended Complaint and Defendants' response by March 13, 2024;

WHEREAS, there are two securities fraud class actions brought on behalf of a putative class of SunPower shareholders and asserting claims arising from facts common to the Consolidated Action currently pending in this Court captioned *Craven v. SunPower Corporation et al.*, No. 3:23-cv-05544-RFL, and *Simpson v. SunPower Corporation et al.*, No. 3:23-cv-06302-RFL (collectively, the "Securities Action");

WHEREAS, three of the Defendants in the Securities Action (Peter Faricy, Guthrie Dundas, and Elizabeth Eby) overlap with the Defendants in this action, and SunPower is also a defendant in the Securities Action;

WHEREAS, on January 29, 2024, this Court entered an order consolidating the related Securities Action and appointing Co-Lead Plaintiffs and Co-Lead Counsel;

WHEREAS, it is anticipated that Co-Lead Plaintiffs will file a consolidated complaint in the Securities Action and that defendants will file a motion(s) to dismiss the consolidated complaint;

WHEREAS, on February 23, 2024, Defendants submitted a Notice of Pendency of Other Action, indicating that a related stockholder derivative action has been filed in the United States District Court for the District of Delaware, captioned *Dudas v. Faricy, et al.*, Case No. 24-105-RGA;

WHEREAS, the Parties have been engaged in discussions regarding scheduling and the possible coordination of the Consolidated Action with the Securities Action; and

WHEREAS, the Parties agree that, given the factually related Securities Action, it is in the best interests of SunPower to temporarily stay this action pending resolution of the anticipated motion(s) to dismiss in the related Securities Action given the Court's decision on the motion(s) to dismiss will likely inform the claims asserted in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. All proceedings and deadlines in this matter, including Defendants' response to any complaint in the Consolidated Action and any Case Management Conference and related deadlines, shall be stayed pending the District Court's rulings on any motion(s) to dismiss in the Securities Action. No Case Management Conference or related deadlines shall be set while the stay remains in place.

2. Within 15 days after a ruling in the Securities Action that either denies in full or in part or grants with prejudice defendants' motion(s) to dismiss, the Parties will confer in good faith and submit a proposed schedule for further proceedings, including Defendants' response to any complaint or amended complaint.

3. The Parties agree that, at any time during which this action is stayed pursuant to this stipulation, any Party may file a motion to lift the stay for good cause shown, so long as the Party provides at least 15 days prior written notice via email to counsel for the other Parties.

4. Defendants shall promptly notify Plaintiffs of any related derivative actions or related threatened derivative actions (related Section 220 demands or related litigation demands).

5. Defendants shall promptly notify Plaintiffs if a related derivative action is not stayed for a similar or longer duration.

6. Plaintiffs have the option to terminate the stay if a related derivative action is not stayed for a similar or longer duration by giving 14 days' notice to counsel for Defendants via email.

7. Plaintiffs will be included in any mediation and in any formal settlement talks between the parties in the related Securities Action, any related derivative actions or related threatened derivative actions.

8. During the stay, Defendants will promptly produce to Plaintiffs any documents produced, written discovery, and deposition transcripts, including marked exhibits, in the related Securities Action, any related derivative actions or related threatened derivative actions (including to a shareholder who made a related Section 220 books and records demand), subject to a reasonable confidentiality agreement negotiated by the Parties or protective order that permits Plaintiffs to use the discovery in Plaintiffs' case. Defendants need not produce to Plaintiffs such documents produced by, written discovery from, or deposition transcripts (including marked exhibits) of parties or non-parties other than Defendants if prohibited by the provisions of any applicable confidentiality or discovery orders.

9. During the stay, the complaint may be amended, but Defendants shall not respond to any amended complaint during the pendency of the stay.

10. This stay shall not apply to any motions, stipulations, or any other filings pertaining to transfer or consolidation of related stockholder derivative actions and/or appointment of lead plaintiff(s) and lead and liaison counsel(s).

11. By entering into this stipulation, the Parties reserve all of their respective rights, claims, and defenses in this action and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 13, 2024

THE BROWN LAW FIRM, P.C.

By: */s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166

2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

RIGRODSKY LAW, P.A.
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com
vl@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

Dated: March 13, 2024

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: */s/ Dylan G. Savage*
Katherine L. Henderson
Dylan G. Savage
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com
dsavage@wsgr.com

*Attorneys for Defendants and Nominal Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 14, 2024

THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)**

I, Dylan G. Savage, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Case Schedule and Temporary Stay of Action. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Dylan G. Savage*
Dylan G. Savage