KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com
       dsavage@wsgr.com

*Attorneys for Defendants
and Nominal Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No.: 3:24-cv-00247-RFL<br><br>SUGGESTION OF BANKRUPTCY FOR SUNPOWER CORPORATION AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS |

**PLEASE TAKE NOTICE** that, on August 5, 2024, SunPower Corporation (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor's chapter 11 case is pending before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge. A copy of the voluntary petition of the Debtor, SunPower Corporation (Case No. 24-11649), is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, upon the filing of the Debtor's voluntary petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtor that was, or could have been, commenced before the commencement of the chapter 11 case or any act

1  to obtain possession of or exercise control over property of the estate.  Accordingly, this

2  filing operates as an automatic stay of this action pursuant to 11 U.S.C. § 362(a)(1).

4  Dated: August 7, 2024                                        Respectfully submitted,

                                                   WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation

                                                   By: */s/ Katherine L. Henderson*
                                                           Katherine L. Henderson

                                                   *Attorneys for Defendants and Nominal Defendant*