**RIGRODSKY LAW, P.A.**
Gina M. Serra (#361172)
1091 North Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-5746
Facsimile: (302) 654.7530
Email: gms@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE SUNPOWER CORPORATION DERIVATIVE LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 3:24-cv-00247-RFL

**STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii) AND 23.1(C)**

Assigned to: Judge Rita F. Lin

WHEREAS, on January 12, 2024, Plaintiff Jianping Ma ("Ma") filed a shareholder derivative action captioned *Ma v. Faricy, et al.*, Case No. 3:24-cv-00247-RFL (the "*Ma* Action") in this Court on behalf of former Nominal Defendant SunPower Corporation ("SunPower" or the "Company") against Defendants Peter Faricy, Guthrie Dundas, Elizabeth Eby, Nathaniel Anschuetz, Jonathan Bram, Jonathan Fieldsend, Vinayak Hedge, Steven Louden, Thomas McDaniel, Nathalie Portes-Laville, Vincent Stoquart, and Audrey Zibelman ("Defendants");

WHEREAS, on January 18, 2024, Plaintiff Ashley Beall ("Beall") filed a shareholder derivative action captioned *Beall v. Faricy, et al.*, Case No. 3:24-cv-00302-RFL (the "*Beall* Action") in this Court on behalf of SunPower against Defendants;

WHEREAS, on February 22, 2024, the Court consolidated the *Ma* Action and *Beall* Action into the action captioned *In re SunPower Corporation Derivative Litigation*, No. 3:24-cv-00247-RFL (the "Consolidated Action") (ECF No. 13);

WHEREAS, on March 14, 2024, the Court entered the Stipulation and [Proposed] Order Regarding Case Schedule and Temporary Stay of Action, which, among other things, stayed this Consolidated Action pending resolution of a motion to dismiss in the related securities class action captioned *In re SunPower Corporation Securities Litigation*, Case No. 3:23-cv-05544-RFL (the "Securities Class Action") (ECF No. 16);

WHEREAS, on May 9, 2024, Plaintiffs Galen Bradford ("Bradford") and Gary

Brown ("Brown," and collectively with Ma, Beall, and Bradford, "Plaintiffs")[1] filed a shareholder derivative action captioned *Bradford, et al. v. Anschuetz, et al.*, Case No. 3:24-cv-02799-RFL (the "*Bradford* Action") in this Court on behalf of SunPower against Defendants;

WHEREAS, on June 21, 2024, the Court entered the Stipulation and [Proposed] Order Consolidating Action, which consolidated the *Bradford* Action into the Consolidated Action (ECF No. 20);

WHEREAS, on August 5, 2024, the Company and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code;

WHEREAS, on October 18, 2024, the U.S. Bankruptcy Court for the District of Delaware confirmed (the "Confirmation Order") the Debtors' Chapter 11 Bankruptcy Plan (the "Plan"), which became effective on November 14, 2024 (the "Effective Date");

WHEREAS, pursuant to the Plan, as of the Effective Date, all outstanding shares of capital stock in SunPower were cancelled and therefore Plaintiffs are no longer holders of SunPower stock (*see* Plan, Art. III.A.8(b), Art. I.89; *see also Quinn v. Anvil Corp.,* 620 F.3d 1005, 1012–15 (9th Cir. 2010), citing *Lewis v. Chiles,* 719 F.2d 1044, 1047 (9th Cir.1983));

---

[1] Plaintiffs and Defendants, together, are the "Parties."

WHEREAS, in addition, the Plan included releases of claims and vested all "Causes of Action" that the Debtors or their bankruptcy estates may have held against any person or entity in the Creditor Trust created pursuant to the Plan or the Wind-Down Debtors, with the Plan providing that: "The Creditor Trustee or the Plan Administrator, as applicable, shall have the exclusive right, authority, and discretion to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment such Causes of Action, as appropriate, in accordance with the best interests of the Creditor Trust and the Wind-Down Debtors…." (Plan, Art.IV.P; Confirmation Or. ¶ I) (Plan, Art. VIII.B);

WHEREAS, in light of the foregoing and following communications between the Parties, Defendants requested and Plaintiffs consented to voluntarily dismiss this Consolidated Action;

WHEREAS, Rule 23.1 requires the Court's approval for a voluntary dismissal "when one or more shareholders or members of a corporation or an unincorporated association bring a derivative action to enforce a right that the corporation or association may properly assert but has failed to enforce." Fed. R. Civ. P. 23.1(a).

**NOW THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, upon the Court's approval:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 23.1(c), Plaintiffs hereby voluntarily dismiss the Consolidated Action without prejudice;

2. Each party shall bear its own attorneys' fees and costs; and

3. Further Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because: (i) all outstanding stock of former SunPower Corporation has been cancelled pursuant to the Plan; (ii) there has been no settlement or compromise of this Consolidated Action; (iii) there has been no collusion among the Parties; (iv) no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or Plaintiffs' attorneys, and no promise to give any such compensation has been made; (v) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect; and (vi) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

[*Signatures on Following Page*]

Respectfully submitted,

Dated: February 6, 2026

/s/ *Gina M. Serra*
Gina M. Serra (#361172)
**RIGRODSKY LAW, P.A.**
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-5746
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

Vincent A. Licata
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (516) 683-3516
Email: vl@rl-legal.com

*Co-Lead Counsel for Plaintiffs and Attorneys for Plaintiff Ashley Beall*

/s/ *Robert C. Moest*
Robert C. Moest, Of Counsel (#62166)
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: rmoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs and Attorneys for Plaintiff Jianping Ma*

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (#319767)
**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (#228474)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
passmore@bespc.com

*Attorneys for Plaintiffs Galen Bradford and Gary Brown*

Dated: February 6, 2026

*/s/ Katherine L. Henderson*
Katherine L. Henderson (#242676)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 04105
Telephone: (415) 947-2000
Email: khenderson@wsgr.com

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated: February 6, 2026

*/s/ Gina M. Serra*
Gina M. Serra (#361172)

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

1. This action is dismissed without prejudice in its entirety;

2. All parties shall bear their own costs and attorneys' fees incurred in this action;

3. Notice to shareholders of this stipulation to dismiss is not required under Federal Rule of Civil Procedure 23.1(c); and

4. The Clerk is directed to close the file.

SO ORDERED this **10th** day of **February**, 2026.

HON. RITA F. LIN
United States District Judge